UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| THOMAS COLE,<br><br>      *Plaintiff,*<br><br>-against-<br><br>FOXMAR INC., d/b/a EDUCATION AND TRAINING RESOURCES,<br><br>      *Defendant.* | **NOTICE OF MOTION *IN LIMINE***<br><br>Civil Action No. 2:18-cv-220 |

   PLEASE TAKE NOTICE, that upon the annexed Declaration of Michael D. Billok, sworn to November 28, 2022, and Memorandum of Law in Support of Defendant's Motion *in Limine*, dated November 28, 2022, the undersigned hereby moves this Court for an order granting the motion of Defendant Foxmar Inc., d/b/a Education and Training Resources, for an order precluding Plaintiff from offering evidence of food quality for students, mold in the facility's dormitory, and the student with a knife blade, and for such other and further relief as the Court may deem just and proper.

Dated: November 28, 2022

               BOND, SCHOENECK & KING, PLLC

               By: s/ Michael D. Billok_____
                 Michael D. Billok, Esq.
                 Paul J. Buehler, III, Esq.
               ***Attorneys for Defendants***
               268 Broadway, Suite 104
               Saratoga Springs, NY 12866-4281
               T: 518.533.3236
               F: 518.533.3284
               Email: mbillok@bsk.com
                   pbuehler@bsk.com

               CARROLL, BOE, PELL & KITE, P.C.

               By: s/ Kevin L. Kite_____
                 Kevin L. Kite, Esq.
               ***Attorneys for Defendants***

64 Court Street, Middlebury, VT 05753  
T: 802.388.6711  
F: 802.388.2111  
Email: kkite@64court.com

TO:  William Pettersen, IV, Esq.  
Pettersen Law PLLC  
1084 East Lakeshore Dr.  
Colchester, VT 05446  
T: (802) 477-2780  
Email:  pettersenlaw@gmail.com

15064975.2 11/28/2022